The Germania Life Insurance Company, Respondent, v. Louis G. Meyer and Others, Impleaded with Ada E. Meyer and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edith M. Tucker, Appellant, v. Emil H. Schwed, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sophia Nugent, Respondent, v. The Onward Construction Company, Appellant, Impleaded with William E. D. Stokes and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clarence A. Stevenson, Appellant, v. Helen Wall Stevenson, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The O. J. Gude Company, New York, Appellant, v. Udo M. Fleischmann, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry Thurston Peck, Appellant, v. Nicholas Murray Butler, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Denis J. Daly, Appellant, v. J. Harris Jones, as Superintendent of the Bureau of Buildings for the Borough of The Bronx, in the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Barnet Cohn, Appellant, v. Samuel B. Forman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George E. Brown, Respondent, v. Thompson Starrett Company and United States Express Realty Company, Appellants, Impleaded with Edward T. Platt, as Treasurer of the United States Express Company, a Joint Stock Association.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Benedict Elbert, Respondent, v. Karl Th. Gehrig, as Treasurer of Beer Drivers' Union No. 1 of New York and Vicinity, Local Union No. 23 of the International Union of United Brewery Workmen of the United States of America, Appellant.— Order modified by requiring plaintiff to pay all costs of action to date and ten dollars costs of opposing motion as a condition of allowing him to reply, and as so modified affirmed, without costs. No opinion. Settle order on notice.

Charles D. Gibbons, Appellant, v. Willard F. Hallam, Respondent. (2 cases.)— In each case order affirmed, with ten dollars costs and disbursements. No opinion.

Frank V. Pollock, Respondent, v. The Shubert Theatrical Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Roy M. Bell, Appellant, to Vacate the Service of Subpœnas upon Him. The Bettman-Johnson Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward S. Thomas, as Trustee in Bankruptcy of the Estate of Ernest F. Croeniger and Pierre S. Busschaert, Individually and as Members of the Firm of Croeniger & Company, Appellant, v. Antonio Pardo, Respond-